# NO. 12-15-00160-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRADLEY GRAHAM,*<br>*APPELLANT* | § | *APPEAL FROM THE 217TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of jurisdiction. Appellant was convicted of felony theft and was sentenced to imprisonment for eighteen years. Appellant timely filed a notice of appeal.

To be sufficient to invoke the appellate court's full jurisdiction, the notice of appeal filed by an appellant in a criminal case must bear the trial court's certification of the appellant's right to appeal under Texas Rule of Appellate Procedure 25.2(a)(2). TEX. R. APP. P. 25.2(d). The certification should be part of the record when the notice is filed, but may be added by timely amendment or supplementation. *Id*. Appellant's notice of appeal does not include the required certification.

On October 5, 2015, this court notified Appellant through his counsel, pursuant to Texas Rules of Appellate Procedure 25.2 and 37.1, that the notice of appeal does not include the required trial court certification. The notice also informed Appellant that the appeal would be dismissed unless, on or before October 15, 2015, the clerk's record was amended to include the required certification.

The October 15, 2015 deadline has expired, and the clerk's record has not been amended to provide the required certification. Therefore, the appeal is *dismissed for want of jurisdiction.*

Opinion delivered October 21, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 21, 2015**

**NO. 12-15-00160-CR**

**BRADLEY GRAHAM,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 217th District Court

of Angelina County, Texas (Tr.Ct.No. 2011-0160)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*